| | |
|---|---|
| 1 | QUADRA & COLL, LLP |
| | James A. Quadra (SBN 131084) |
| 2 | jquadra@quadracoll.com |
| | Rebecca M. Coll (SBN 184468) |
| 3 | rcoll@quadracoll.com |
| | Niall Vignoles (SBN 170937) |
| 4 | niall@vignoleslaw.com |
| | 649 Mission St Fl 5 |
| 5 | San Francisco, California 94105 |
| | Telephone:     (415) 426-3502 |
| 6 | Facsimile:      (415) 795-4530 |
| 7 | |
| | Attorneys for Plaintiffs |
| 8 | FREDERICK SCHULZ, BRANDON WARREN and |
| | MATTHEW WARREN |
| 9 | |
| | SEYFARTH SHAW LLP |
| 10 | Camille A. Olson (SBN 111919) |
| | colson@seyfarth.com |
| 11 | Richard B. Lapp (SBN 271052) |
| | rlapp@seyfarth.com |
| 12 | Chantelle C. Egan (SBN 257938) |
| | cegan@seyfarth.com |
| 13 | Elizabeth J. MacGregor (SBN 267326) |
| | emacgregor@seyfarth.com |
| 14 | 560 Mission Street, 31st Floor |
| | San Francisco, California 94105 |
| 15 | Telephone:     (415) 397-2823 |
| | Facsimile:      (415) 397-8549 |
| 16 | |
| | Attorneys for Defendant |
| 17 | DHL EXPRESS (USA), INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FREDERICK SCHULZ, BRANDON WARREN AND MATTHEW WARREN on behalf of himself and all those similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> DHL EXPRESS (USA), INC., and Does 1-100, <br><br> Defendants. | Case No. 3:20-cv-04490-RS <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING ON ORDER TO SHOW CAUSE REGARDING DISMISSAL** <br><br> [Removed from San Francisco County Superior Court Case No. CGC-20-584120] <br><br> Date Action Filed: April 10, 2020 |

1 | Plaintiffs FREDERICK SCHULZ, BRANDON WARREN and MATTHEW WARREN, ("Plaintiffs"), individually and on behalf of others similarly situated, and Defendant DHL EXPRESS (USA), INC. ("DHL") (hereinafter collectively, "the Parties"), by and through their respective counsel, hereby submit the following Stipulation to Continue the Hearing on the Order to Show Cause Regarding Dismissal.

The Parties attended private mediation with Tripper Ortman on August 3, 2021. At the mediation, the Parties reached a class-wide settlement. The Parties are finalizing the terms of the settlement agreement. The Parties anticipate that Plaintiffs will file a Motion for Preliminary Settlement Approval within 30 days.

The Parties request that the Hearing on the Order to Show Cause regarding Dismissal, currently scheduled for October 28, 2021, be continued for 30 days while the Parties finalize the terms of the settlement agreement.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

DATED: October 22, 2021				Respectfully submitted,

						QUADRA & COLL, LLP


						By:  */s/ Rebecca M. Coll*
						       James A. Quadra
						       Rebecca M. Coll
						       Niall Vignoles
						       Attorneys for Plaintiffs
						       FREDERICK SCHULZ, BRANDON
						       WARREN and MATTHEW WARREN

DATED:  October 22, 2021				SEYFARTH SHAW LLP


						By:  */s/ Elizabeth J. MacGregor*
						       Camille A. Olson
						       Richard B. Lapp
						       Chantelle C. Egan
						       Elizabeth J. MacGregor
						       Attorneys for Defendant
						       DHL EXPRESS (USA), INC.

### Attestation Pursuant to Civil Local Rule 5-1(i)

   Pursuant to Civil Local Rule 5-1(i), I, Elizabeth J. MacGregor, hereby attest that concurrence in the filing of this joint case management statement has been obtained from above signatory, James A. Quadra.

				*/s/ Elizabeth J. MacGregor*
				Elizabeth J. MacGregor

# ORDER

The Court, having considered the Stipulation of the Parties to Continue the Hearing on the Order to Show Cause Regarding Dismissal, and good cause appearing, hereby:

1. Continues the hearing on the Order to Show Cause Regarding Dismissal to <u>December 9</u>, 2021.   Show Cause Response due by December 2, 2021.

IT IS SO ORDERED.

DATE: October 22, 2021

_____
Judge Richard Seeborg