QUADRA & COLL, LLP
James A. Quadra (SBN 131084)
jquadra@quadracoll.com
Rebecca M. Coll (SBN 184468)
rcoll@quadracoll.com
Niall Vignoles (SBN 170937)
niall@vignoleslaw.com
649 Mission St Fl 5
San Francisco, California 94105
Telephone:      (415) 426-3502
Facsimile:       (415) 795-4530

Attorneys for Plaintiffs
FREDERICK SCHULZ, BRANDON WARREN and
MATTHEW WARREN

SEYFARTH SHAW LLP
Camille A. Olson (SBN 111919)
colson@seyfarth.com
Richard B. Lapp (SBN 271052)
rlapp@seyfarth.com
Chantelle C. Egan (SBN 257938)
cegan@seyfarth.com
Elizabeth J. MacGregor (SBN 267326)
emacgregor@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:      (415) 397-2823
Facsimile:       (415) 397-8549

Attorneys for Defendant
DHL EXPRESS (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FREDERICK SCHULZ, BRANDON WARREN AND MATTHEW WARREN on behalf of himself and all those similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>DHL EXPRESS (USA), INC., and Does 1-100,<br><br>Defendants. | Case No. 3:20-cv-04490-JCS<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON ORDER TO SHOW CAUSE REGARDING DISMISSAL**<br><br>[Removed from San Francisco County Superior Court Case No. CGC-20-584120]<br><br>Date: December 9, 2021<br>Time: 1:30 p.m. |

1    Plaintiffs FREDERICK SCHULZ, BRANDON WARREN and MATTHEW WARREN,

2   ("Plaintiffs"), individually and on behalf of others similarly situated, and Defendant DHL EXPRESS

3   (USA), INC. ("DHL") (hereinafter collectively, "the Parties"), by and through their respective counsel,

4   hereby submit the following Stipulation to Continue the Hearing on the Order to Show Cause Regarding

5   Dismissal.

6    The Parties have prepared a settlement agreement for submission to the Court, and are awaiting

7   client signatures.  The Parties anticipate that Plaintiffs will file a Motion for Preliminary Settlement

8   Approval within three weeks.

9    The Parties request that the Hearing on the Order to Show Cause regarding Dismissal, currently

10  scheduled for December 9, 2021, be continued for three weeks to allow the parties to finish gathering

11  client signatures and to allow Plaintiff time to file a Motion for Preliminary Settlement Approval.

12

13  DATED: December 2, 2021                    Respectfully submitted,

14                                             QUADRA & COLL, LLP

15

16                                             By: */s/ Rebecca M. Coll*
                                                   James A. Quadra
17                                                 Rebecca M. Coll
                                                   Niall Vignoles
18                                                 Attorneys for Plaintiffs
                                                   FREDERICK SCHULZ, BRANDON
19                                                 WARREN and MATTHEW WARREN

20  DATED:  December 2, 2021                   SEYFARTH SHAW LLP

21

22                                             By: */s/ Elizabeth J. MacGregor*
                                                   Camille A. Olson
23                                                 Richard B. Lapp
                                                   Chantelle C. Egan
24                                                 Elizabeth J. MacGregor
                                                   Attorneys for Defendant
25                                                 DHL EXPRESS (USA), INC.

26

27

28

1

STIPULATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE REGARDING DISMISSAL
CASE NO. 3:20-CV-04490-JCS

77682595v.1

1

**<u>ORDER</u>**

2

3          The Court, having considered the Stipulation of the Parties to Continue the Hearing on the Order

to Show Cause Regarding Dismissal, and good cause appearing, hereby:

4

5          1.        Continues the hearing on the Order to Show Cause Regarding Dismissal to

6     January 6, 2022 at 1:30 pm  .

7

8          IT IS SO ORDERED.

9

10

11    DATE:  December 2, 2021                                        Judge Richard Seeborg

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

77682595v.1